

U.S. Department of Justice

*Criminal Division*
*Fraud Section*

---

*Nicholas K. Peone*       *970 Broad Street, 7th floor*       *(202) 923-7818*
*Trial Attorney*             *Newark, New Jersey 07102*

February 4, 2026

**VIA EMAIL ONLY**

Honorable Karen M. Williams
U.S. District Judge
U.S. District Court – District of New Jersey
Mitchell H. Cohen Building & Federal Courthouse
Fourth & Cooper Streets, Room 6050
Camden, New Jersey 08101

    Re:    <u>United States v. Boris Veysman, No. 25-cr-405</u>

Dear Judge Williams:

    Defendant Boris Veysman's sentencing hearing is currently set for February 24, 2026 at 11:00 a.m. in case number 25-cr-405.  The parties conferred and respectfully request that sentencing be adjourned for four months.

    Please let us know if the Court is unavailable at that time, and the parties will propose alternatives dates. Thank you.

                          Respectfully submitted,

                          LORINDA LARYEA
                          Chief
                          Criminal Division, Fraud Section
                          U.S. Department of Justice


                          */s/ Nicholas K. Peone*
                          NICHOLAS K. PEONE
                          Criminal Division, Fraud Section
                          U.S. Department of Justice