

**U.S. Department of Justice**

*Criminal Division*
*Fraud Section*

_____

*Nicholas K. Peone*                              *970 Broad Street, 7ᵗʰ floor*                    *(202) 923-7818*
*Trial Attorney*                                   *Newark, New Jersey 07102*

June 25, 2026

**VIA EMAIL ONLY**

Honorable Karen M. Williams
U.S. District Judge
U.S. District Court – District of New Jersey
Mitchell H. Cohen Building & Federal Courthouse
Fourth & Cooper Streets, Room 6050
Camden, New Jersey 08101

> Re:   <u>United States v. Boris Veysman, No. 25-cr-405</u>

Dear Judge Williams:

Defendant Boris Veysman's sentencing hearing is currently set for July 14, 2026 at 11:00 a.m. in case number 25-cr-405. The parties conferred and respectfully request that sentencing be adjourned for six months (i.e., until December 2026 or January 2027).

Please let us know if the Court is unavailable, and the parties will propose an alternative date. Thank you.

Respectfully submitted,

LORINDA LARYEA
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

*/s/ Nicholas K. Peone*
NICHOLAS K. PEONE
Criminal Division, Fraud Section
U.S. Department of Justice